IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KELSI WALL, individually and on behalf of all others similarly situated who consent to their inclusion in this collective action, | :<br>:<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | : Civil Action No.: 1:15-cv-00985-RWS<br>:<br>: |
| TATTLE TAIL, INC. d/b/a Tattletale Lounge; DENIS G. KAUFMAN and RICHARD R. SCHRONCE, | :<br>:<br>: |
| Defendants. | : |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff KELSI WALL hereby dismisses the above-captioned action in its entirety, with prejudice and without attorneys' fees or costs to any party.

Respectfully submitted, this 5TH day of June, 2015.

*s/ Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No.: 275411
*matthew.herrington@dcbflegal.com*
DELONG, CALDWELL, BRIDGERS, &
FITZPATRICK, LLC
3100 Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 979-3171
Facsimile: (404) 979-3170
*Attorneys for Plaintiff Kelsi Wall*